McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>Plaintiffs,<br><br>v.<br><br>BERNIE WEINGARDT, Pacific Southwest Regional Forester; KEN HEFFNER, Acting Forest Supervisor, Los Padres National Forest; GLORIA BROWN, Forest Supervisor, Los Padres National Forest; ABIGAIL R. KIMBELL, Chief, USDA Forest Service; and USDA Forest Service,<br><br>Defendants. | Case No. 2:07-cv-00770 FCD KJM<br><br>**STIPULATION REQUESTING EXTENSION OF DEADLINE TO FILE ADMINISTRATIVE RECORD; ORDER THEREON** |

Plaintiffs Center for Biological Diversity, Defenders of Wildlife and Los Padres Forestwatch (collectively, "Plaintiffs") on the one hand, and defendants Bernie Weingardt, Ken Heffner, Abigail R. Kimbell and USDA Forest Service (collectively, "Defendants")[1] on the other hand, hereby stipulate and agree as follows:

///

---

[1] Defendant Gloria Brown, former Forest Supervisor for Los Padres National Forest, is retired. Defendants will file an appropriate substitution notice once Ms. Brown's successor is in place.

1

<u>Recitals</u>

1. Pursuant to the Status (Pretrial Scheduling) Order entered on August 16, 2007 [Docket No. 9], the deadline for Defendants to file and serve the administrative record in this case is October 12, 2007.

2. Since on or about July 4, 2007, forest fires have been burning at the Los Padres National Forest. These fires were considered to be "contained" only as of the beginning of September 2007.

3. The persons at the Forest Service responsible for assembling the administrative record on behalf of Defendants in this case have been involved with various aspects of dealing with the Los Padres forest fires on a daily basis since the fires began burning in July. Although the responsible Forest Service personnel were able to devote some time to compiling the record in between fire duty, the time commitment that the fire demanded was both highly variable and unpredictable.

4. The Forest Service anticipates that the administrative record in this case will be lengthy, and that, because the responsible Forest Service personnel had to focus much of their attention on the forest fires until just recently, additional time beyond October 12, 2007 will be needed to prepare and complete the administrative record.

5. Accordingly, Defendants have requested that Plaintiffs agree to allow Defendants to seek Court approval for an extension of time to file the administrative record to and including November 16, 2007. Plaintiffs do not oppose the requested extension and agree with Defendants that good cause exists to extend the administrative record deadline under the circumstances.

<u>Stipulation</u>

WHEREFORE, the parties hereby stipulate and agree as follows:

A. The deadline for Defendants to file and serve the administrative record in this case shall be extended to and including November 16, 2007.

B. The deadline for any motion to compel supplements to the record shall be extended to December 7, 2007.

///

///

///

C. All other deadlines set by the Status (Pretrial Scheduling) Order shall remain unchanged and shall not be modified except by leave of court upon a showing of good cause.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: September 18, 2007        By:   /s/ *Lynn Trinka Ernce*
                                             LYNN TRINKA ERNCE
                                             Assistant United States Attorney

                                        CENTER FOR BIOLOGICAL DIVERSITY,
                                        DEFENDERS OF WILDLIFE and LOS
                                        PADRES FORESTWATCH

Dated: September 18, 2007        By:   /s/ John T. Buse
                                             JOHN T. BUSE
                                             LISA BELENKY

                                        Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: September 19, 2007

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE