McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BERNARD WEINGARDT, et al., <br><br> Defendants. | Case No. 2:07-cv-00770-FCD-KJM <br><br> NOTICE OF SUBSTITUTION OF DEFENDANTS AND ORDER |

NOTICE IS HEREBY GIVEN that Gloria Brown retired from her position as Forest Supervisor of the Los Padres National Forest effective July 3, 2007. On September 30, 2007, Peggy Hernandez became the new Forest Supervisor, replacing Acting Forest Supervisor, Ken Heffner.

Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Peggy Hernandez will be substituted as defendant in place of both Gloria Brown and Ken Heffner, and all further proceedings in this action "shall be in the name of the substituted part[ies]."

Respectfully submitted,

DATED: October 2, 2007                McGREGOR W. SCOTT
                                                         United States Attorney

                                             By:   /s/ Lynn Trinka Ernce
                                                         LYNN TRINKA ERNCE
                                                         Assistant U.S. Attorney
                                                         Attorneys for Defendants

IT IS SO ORDERED.

DATED: October 2, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE