MCGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2720
Facsimile:      (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>Plaintiffs,<br><br>v.<br><br>BERNIE WEINGARDT, Pacific Southwest Regional Forester; PEGGY HERNANDEZ, Forest Supervisor, Los Padres National Forest; ABIGAIL R. KIMBELL, Chief, USDA Forest Service; and USDA Forest Service,<br><br>Defendants. | Case No. 2:07-cv-00770 FCD KJM<br><br>**STIPULATION REQUESTING MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER AND STAY OF BRIEFING SCHEDULE**; **ORDER** |

Plaintiffs Center for Biological Diversity, Defenders of Wildlife and Los Padres Forestwatch (collectively, "Plaintiffs"), and defendants Bernie Weingardt, Peggy Hernandez, Abigail R. Kimbell and USDA Forest Service (collectively, "Defendants"), hereby stipulate and agree as follows:

<u>Recitals</u>

1.      This is an action for judicial review under the Administrative Procedure Act (APA), 5 U.S.C. §§ 701-706.  Specifically, Plaintiffs claim that Defendants violated the National Environmental Policy Act, 42 U.S.C. § 4321 et seq., by issuing a decision that makes a portion of the Los Padres National Forest available for oil and gas leasing.  Defendants deny any statutory violation.

///

2. Pursuant to the Status (Pretrial Scheduling) Order entered on August 16, 2007 [Dkt. No. 9], Plaintiffs' opening brief in this matter is due on or before January 11, 2008. Defendants' consolidated opposition and cross-motion is due on or before February 8, 2008. Plaintiffs' consolidated opposition and reply is due on or before March 7, 2008 and Defendants' reply brief is due on or before April 4, 2008. A hearing on the parties' motions currently is scheduled for May 9, 2008 at 10:00 a.m.

3. The Joint Pretrial Scheduling Report filed on July 13, 2007 [Dkt. No. 8], states:

> **C. Joinder of Additional Parties**
> Plaintiffs may seek to add additional parties (e.g., the U.S. Fish and Wildlife Service) in connection with claims under the Endangered Species Act that may be added after issuance of a new Biological Opinion. See paragraph (D).
>
> **D. Amendment of Pleadings**
> Subsequent to the issuance of the Biological Opinion regarding in this matter, certain habitat within the Los Padres National Forest was designated as critical habitat. As a result, the formal consultation has been reinitiated and is currently in progress. Once the consultation is concluded, Fish and Wildlife Service will issue a Biological Opinion. At that time, Plaintiffs may seek to amend their Complaint to add claims under the Endangered Species Act based on the new Biological Opinion.

4. Paragraph II of the Status (Pretrial Scheduling) Order [Dkt. No. 9] states that "No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown."

5. The reinitiated consultation requested by the Los Padres National Forest remains in progress and currently it is anticipated that the Fish and Wildlife Service will issue a new Biological Opinion on or about January 31, 2008 – after the deadline for plaintiffs' opening brief in this case.

6. Plaintiffs will require time to review and analyze the new Biological Opinion to determine whether they will seek leave of Court to amend their original complaint to name additional parties and to assert additional claims under the Endangered Species Act based on the new Biological Opinion.

7. Until Plaintiffs have made a determination about whether to seek to assert additional claims or name additional parties in an amended complaint, the parties believe that it is infeasible and impractical for them to file their cross-motions according to the schedule set forth in the Status (Pretrial Scheduling) Order.

///

8. Under the circumstances, the parties believe that good cause exists to modify the Court's Status (Pretrial Scheduling) Order as set forth below.

<u>Stipulation</u>

WHEREFORE, the parties hereby stipulate and agree as follows:

A. The briefing schedule and the hearing date for the parties' cross-motions as set forth in the Status (Pretrial Scheduling) Order shall be vacated and stayed until further order of the Court.

B. Defendants shall provide Plaintiffs' counsel with a copy of the new Biological Opinion issued by the Fish and Wildlife Service as soon as possible after it has been issued and, in any event, no later than 5 business days after issuance of the new Biological Opinion.

C. As soon as possible after issuance of the new Biological Opinion, Defendants shall file a notice informing the Court of the dates on which: (1) the new Biological Opinion was issued; and (2) Plaintiffs received the new Biological Opinion.

D. Plaintiffs shall have 45 calendar days after receipt of the new Biological Opinion to determine whether they will seek leave of Court to amend their original complaint to name additional parties and assert additional claims under the Endangered Species Act based on the new Biological Opinion.

E. No later than 60 days after their receipt of the new Biological Opinion, Plaintiffs shall file with the Court either: (1) a notice stating that Plaintiffs will not seek leave to amend their complaint and a proposed new briefing schedule for the cross-motions on the original complaint as agreed to by the parties; or (2) a motion for leave to amend their complaint, setting the motion for hearing on the earliest possible hearing date.

F. In the event that Plaintiffs file a motion for leave to amend their complaint, Defendants shall file their opposition or statement of non-opposition to the motion, as applicable, within the time limits specified in Local Rule 78-230.

///
///
///
///

G.     The Court will issue an Amended Status (Pretrial Scheduling) Order either: (1) after receiving notice that Plaintiffs will not seek leave to amend their original complaint; or (2) if Plaintiffs seek leave to amend their complaint, after the Court has ruled upon the motion.

                                                   Respectfully Submitted,

Dated:  January 7, 2008                     McGREGOR W. SCOTT
                                                   United States Attorney

                                                   By:   */s/ Lynn Trinka Ernce*
                                                        LYNN TRINKA ERNCE
                                                   Assistant United States Attorney

Dated:  January 7, 2008                     CENTER FOR BIOLOGICAL DIVERSITY,
                                                   DEFENDERS OF WILDLIFE and
                                                   LOS PADRES FORESTWATCH

                                                 By:   /s/ John T. Buse
                                                        JOHN T. BUSE
                                                        LISA BELENKY

                                                 Attorneys for Plaintiffs

**IT IS SO ORDERED.**
Dated: January 9, 2008

                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE