MCGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2720
Facsimile:     (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>                    Plaintiffs,<br><br>       v.<br><br>BERNIE WEINGARDT, Pacific Southwest Regional Forester; PEGGY HERNANDEZ, Forest Supervisor, Los Padres National Forest; ABIGAIL R. KIMBELL, Chief, USDA Forest Service; and USDA Forest Service,<br><br>                    Defendants. | Case No. 2:07-cv-00770 FCD KJM<br><br>NOTICE OF SUBSTITUTION OF DEFENDANTS; ORDER |

NOTICE IS HEREBY GIVEN that, effective December 2, 2007, Randy Moore replaced Bernie Weingardt as the Pacific Southwest Regional Forester.  Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Randy Moore will be substituted in as defendant in place of Bernie Weingardt, and all further proceedings in this action "shall be in the name of the substituted party."

///

///

///

///

///

1

To accurately reflect the foregoing substitution, as well as the prior substitution of defendants in this case, defendants respectfully request that the Court order that the case caption on all future pleadings read as follows:

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>                Plaintiffs,<br><br>    v.<br><br>RANDY MOORE, Pacific Southwest Regional Forester; PEGGY HERNANDEZ, Forest Supervisor, Los Padres National Forest; ABIGAIL R. KIMBELL, Chief, USDA Forest Service; and USDA Forest Service,<br><br>                Defendants. | Case No. 2:07-cv-00770 FCD KJM |

                                          Respectfully Submitted,

Dated:  January 7, 2008                 McGREGOR W. SCOTT
                                          United States Attorney

                                    By:  */s/ Lynn Trinka Ernce*
                                            LYNN TRINKA ERNCE
                                            Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: January 9, 2008

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE