1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:     (916) 554-2720
   Facsimile:     (916) 554-2900
5

6  Attorneys for Defendants

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 CENTER FOR BIOLOGICAL DIVERSITY;        Case No. 2:07-cv-00770 FCD KJM
   DEFENDERS OF WILDLIFE; and LOS
12 PADRES FORESTWATCH,                      NOTICE OF SUBSTITUTION OF
                                            DEFENDANTS; **ORDER**
13                    Plaintiffs,

14           v.

15 RANDY MOORE, Pacific Southwest Regional
   Forester; PEGGY HERNANDEZ, Forest
16 Supervisor, Los Padres National Forest;
   ABIGAIL R. KIMBELL, Chief, USDA Forest
17 Service; and USDA Forest Service,

18                    Defendants.

19

20        NOTICE IS HEREBY GIVEN that Thomas Tidwell has replaced Abigail R. Kimbell as the

21 Chief, USDA Forest Service.  Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Thomas Tidwell will be

22 substituted in as defendant in place of Abigail R. Kimbell for all further proceedings in this action.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                        1

To accurately reflect the foregoing substitution, as well as the prior substitution of defendants in this case, defendants respectfully request that the Court order that the case caption on all future pleadings read as follows:

CENTER FOR BIOLOGICAL
DIVERSITY; DEFENDERS OF
WILDLIFE; and LOS  PADRES
FORESTWATCH,

Plaintiffs,

v.

RANDY MOORE, Pacific Southwest
Regional Forester; PEGGY HERNANDEZ,
Forest Supervisor, Los Padres National
Forest;  THOMAS TIDWELL, Chief, USDA
Forest Service; and USDA Forest Service,

Defendants.

Case No. 2:07-cv-00770 FCD KJM

Respectfully Submitted,

Dated:  June 18, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 21, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2