PHILLIP A. TALBERT
Acting United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY MOORE, Pacific Southwest Regional Forester; PEGGY HERNANDEZ, Forest Supervisor, Los Padres National Forest; THOMAS TIDWELL, Chief, USDA Forest Service; and USDA Forest Service,<br><br>Defendants. | Case No. 2:07-cv-00770 TLN KJN<br><br>NOTICE OF SUBSTITUTION OF DEFENDANT; ORDER |

NOTICE IS HEREBY GIVEN that, effective as of July 2014, Bob Baird replaced Peggy Hernandez as Forest Supervisor, Los Padres National Forest. Accordingly, Bob Baird is substituted in as defendant in place of Peggy Hernandez, and all further proceedings in this action shall be in the substituted party's name. Fed. R. Civ. P. 25(d).

///

///

///

///

///

To accurately reflect the foregoing substitution, as well as the prior substitutions of defendants in this case, defendants respectfully request that the Court order that the case caption on all future pleadings read as follows:

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RANDY MOORE, Pacific Southwest Regional Forester; BOB BAIRD, Forest Supervisor, Los Padres National Forest; THOMAS TIDWELL, Chief, USDA Forest Service; and USDA Forest Service,<br><br>　　　　　　　Defendants. | Case No. 2:07-cv-00770 TLN KJN |

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  September 12, 2016　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　By:　*/s/ Lynn Trinka Ernce*
　　　　　　　　　　　　　　　　　　LYNN TRINKA ERNCE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


**IT IS SO ORDERED.**

Dated: September 13, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　United States District Judge