John Buse (California Bar No. 163156)
Lisa T. Belenky (California Bar No. 203255)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone:    (510) 844-7107
Facsimile:    (510) 844-7150
E-mail: lbelenky@biologicaldiversity.org
E-mail: jbuse@biologicaldiversity.org

Attorneys for Plaintiffs
CENTER FOR BIOLOGICAL DIVERSITY
DEFENDERS OF WILDLIFE
LOS PADRES FORESTWATCH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH, <br><br>   Plaintiffs, <br>   v. <br><br> RANDY MOORE, Pacific Southwest Regional Forester; PEGGY HERNANDEZ, Forest Supervisor, Los Padres National Forest; THOMAS TIDWELL, Chief,USDA Forest Service; and USDA FOREST SERVICE, <br><br>   Defendants. | Case No. 2:07-cv-00770-TLN-KJN <br><br> **SIXTH JOINT STATUS REPORT AND STIPULATION;  ORDER** |

**RECITALS**

1.     On August 12, 2016, Defendants filed a Statement Regarding a new Biological Opinion issued on August 5, 2016 and provided to Plaintiffs on August 12, 2016 (Doc. # 41).

2.     Pursuant to this Court's Minute Order issued August 15, 2016 (Doc. # 42), the stay was lifted and the parties were ordered to file a Joint Status Report within 30 days, by September 14, 2016.

3. The Parties have met and conferred regarding a schedule for timely prosecution of this matter.

4. Plaintiffs require time to review and analyze the new Biological Opinion to determine whether they will seek leave of Court to amend their original complaint to name additional parties, to assert additional claims under the Endangered Species Act based on the new Biological Opinion, or to amend the complaint on other bases.

5. Until Plaintiffs have made a determination about whether to seek to assert additional claims or name additional parties in an amended complaint, the parties believe that it is infeasible and impractical for them to set a schedule for this case.

## STIPULATION

WHEREFORE, the parties hereby stipulate and agree to request that the Court approve the following schedule:

Plaintiffs shall have 45 calendar days after receipt of the new Biological Opinion, until *September 26, 2016,* to determine whether they will pursue new claims under the ESA related to the new Biological Opinion, and/or seek leave to amend their complaint on any other basis.

A. If plaintiffs decide that they wish to pursue new ESA claims, plaintiffs shall:

1. Provide the statutorily required Notice of Intent (NOI) to the Defendants by *October 11, 2016*.

2. File a motion for leave to amend their complaint to include ESA claims, and on any other basis, by *December 11, 2016.*[1]

B. Alternatively, if Plaintiffs do not provide a NOI to Defendants, plaintiffs shall:

1. File a notice with the Court by *October 11, 2016* stating that Plaintiffs will not seek leave to amend their complaint on any basis and proposing a briefing schedule for dispositive motions on the current complaint; or

---

[1] Under 16 U.S.C. § 1540(g)(2)(a), plaintiffs cannot file a complaint asserting causes of action under the ESA until 60 days after they serve the NOI, which would be December 10, 2016.

2. File a notice with the Court by **October 11, 2016** stating that Plaintiffs will seek leave to amend their complaint, identifying the bases on which plaintiffs will seek amendment; and

3. By **December 11, 2016**, file a motion for leave to amend their complaint, setting the motion for hearing on the earliest possible hearing date.

C. If Plaintiffs file a motion for leave to amend their complaint, Defendants shall file their opposition or statement of non-opposition to the motion, as applicable, within the time limits specified in Local Rule 78-230.

Respectfully Submitted,

Dated: September 9, 2016

CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE and LOS PADRES FORESTWATCH

/s/ Lisa T. Belenky
Lisa T. Belenky
John Buse
CENTER FOR BIOLOGICAL DIVERSITY
Attorneys for Plaintiffs

PHILLIP A. TALBERT
Acting United States Attorney

Dated: September 9, 2016

/s/ Lynn T. Ernce (as authorized on 9/9/16)
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED:

Dated: September 13, 2016

Troy L. Nunley
United States District Judge

*Sixth Joint Status Report and Stipulation; Order*
*Case No. 2:07-cv-00770-TLN-KJN*                3