PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2720
Facsimile:      (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>             Plaintiffs,<br><br>     v.<br><br>RANDY MOORE, Pacific Southwest Regional Forester; BOB BAIRD, Forest Supervisor, Los Padres National Forest;  THOMAS TIDWELL, Chief, USDA Forest Service; and USDA Forest Service,<br><br>             Defendants. | Case No. 2:07-cv-00770 TLN KJN<br><br>**SEVENTH JOINT STATUS REPORT; REQUEST TO REINSTATE STAY; AND PROPOSED ORDER** |

The parties hereby submit the following joint status report to inform the Court of a development that affects the need for plaintiffs' motion to amend, which was to be filed by December 11, 2016.

On November 18, 2016, the U.S. Forest Service informed the United States Department of the Interior Fish and Wildlife Service (FWS) that, as described in its November 18, 2016 letter to the Bureau of Land Management (BLM), the Forest Service had "chosen to indefinitely extend its voluntary stay on all new oil and gas leasing, and to supplement the 2005 Final Environmental Impact Statement and Record of Decision for Oil and Gas Leasing on the Los Padres National Forest." Copies of the Forest Service's November 18, 2016 letters to FWS and BLM are attached.

In a November 30, 2016 letter to the Forest Service FWS stated that, in light of these developments, it was withdrawing its August 5, 2016 biological opinion.  A copy of the November 30, 2016 letter is attached.

Based on the foregoing, the parties believe that a reinstatement of the earlier stay in this case is appropriate pending issuance of a new biological opinion and/or issuance of a new or amended decision from the Forest Service.

Accordingly, the parties jointly request that the prior stay be reinstated and that the briefing schedule on plaintiffs' motion to amend be vacated.

Respectfully Submitted,

Dated:  December 2, 2016		PHILLIP A. TALBERT
						United States Attorney


					By:     */s/ Lynn Trinka Ernce*
						LYNN TRINKA ERNCE
						Assistant United States Attorney


Dated:  December 2, 2016		CENTER FOR BIOLOGICAL DIVERSITY,
						DEFENDERS OF WILDLIFE and
						LOS PADRES FORESTWATCH


					By:     /s/ Lisa T. Belenky
						LISA T. BELENKY
						Attorneys for Plaintiffs


**ORDER**

**IT IS SO ORDERED.**

Dated: December 5, 2016

_____
Troy L. Nunley
United States District Judge