PHILLIP A. TALBERT
Acting United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2720
Facsimile:     (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH, <br><br> Plaintiffs, <br><br> v. <br><br> JENNIFER EBERLIEN,[1] Pacific Southwest Regional Forester; KEVIN ELLIOTT, Forest Supervisor, Los Padres National Forest; RANDY MOORE,[1] Chief, USDA Forest Service; and USDA Forest Service, <br><br> Defendants. | Case No. 2:07-cv-00770 TLN KJN <br><br> **NINTH JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY; ORDER** |

Pursuant to the Court's July 13, 2021 minute order (ECF 53), the parties submit this ninth joint status report:

///

///

///

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Jennifer Eberlien is substituted as Pacific Southwest Regional Forester in place of Randy Moore, and Randy Moore is substituted as Chief, USDA Forest Service in place of Vicki Christiansen.

On December 21, 2018, the parties submitted their Eighth Joint Status Report; Request to Continue Stay.  ECF 51.  In that report, the parties jointly requested that the Court continue the stay of this litigation pending issuance of a new biological opinion from United States Department of Interior Fish and Wildlife Service and/or issuance of a new or amended record of decision from the Forest Service after completing supplemental analysis under the National Environmental Policy Act (NEPA). *Id.*  The Court granted the parties' request to continue the stay on January 2, 2019.  ECF 52.

The Forest Service has not yet performed supplemental NEPA analysis or secured funding to complete the NEPA work.  It had been preparing a contract package to solicit bids to perform the work. However, on January 27, 2021, before the Forest Service had completed the contract package, President Biden issued Executive Order 14008 which, among other things, ordered a "pause" on new oil and natural gas leases on public lands pending completion of a comprehensive review in consultation with other federal agencies:

> Sec. 208.  Oil and Natural Gas Development on Public Lands and in Offshore Waters. To the extent consistent with applicable law, the Secretary of the Interior shall pause new oil and natural gas leases on public lands or in offshore waters pending completion of a comprehensive review and reconsideration of Federal oil and gas permitting and leasing practices in light of the Secretary of the Interior's broad stewardship responsibilities over the public lands and in offshore waters, including potential climate and other impacts associated with oil and gas activities on public lands or in offshore waters.  The Secretary of the Interior shall complete that review in consultation with the Secretary of Agriculture, the Secretary of Commerce, through the National Oceanic and Atmospheric Administration, and the Secretary of Energy.  In conducting this analysis, and to the extent consistent with applicable law, the Secretary of the Interior shall consider whether to adjust royalties associated with coal, oil, and gas resources extracted from public lands and offshore waters, or take other appropriate action, to account for corresponding climate costs.

https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/27/executive-order-on-tackling-the-climate-crisis-at-home-and-abroad/ (last visited 8/10/2021).  Following the issuance of the Executive Order, in February the Forest Service's Washington Office directed the Forests to suspend work on new oil and gas lease planning pending further review.  In accordance with that direction, the Los Padres National Forest halted work on the contract package to solicit bids for the supplemental NEPA work, and therefore no supplemental NEPA work has commenced.

Following the issuance of Executive Order 14008, several states led by the State of Louisiana filed suit in the Western District of Louisiana against President Biden, the Secretary of the Interior, and

1
2
3

a host of government agencies and officials within the U.S. Department of the Interior challenging Section 208 of the Executive Order under the Administrative Procedures Act. *Louisiana, et al. v. Biden, et al.*, Case No. 2:21-CV-00778 (W.D. La., filed Mar. 24, 2021).

4
5
6
7
8
9
10
11

On June 15, 2021, District Judge Doughty issued a preliminary injunction in that case, enjoining the U.S. Department of the Interior, the United States Bureau of Land Management, the United States Bureau of Ocean Energy Management, and the United States Bureau of Safety and Environmental Enforcement, along with their directors, employees and Secretary, "from implementing the Pause of new oil and natural gas leases on public lands or in offshore waters as set forth in Section 208, Executive Order 14008, 86 Fed. Reg. 7619, 7624-25 (Jan. 27, 2021) and as set forth in all documents implementing the terms of said Executive Order by said defendants, as to all eligible lands." *Louisiana, et al.* (Dkt. #140).

12
13
14
15
16

The U.S. Department of Agriculture and U.S. Forest Service were not included in the *Louisiana, et al.* lawsuit or the preliminary injunction. The Los Padres National Forest has not resumed work on the contract package or securing funding for the supplemental NEPA work and the Forest Service is awaiting further information from the U.S. Department of the Interior in light of the *Louisiana, et al.* ruling.

17

Accordingly, the parties jointly request that the stay be continued.

18

Respectfully Submitted,

19
20

Dated:  August 12, 2021

PHILLIP A. TALBERT
Acting United States Attorney

21
22
23

By:   */s/ Lynn Trinka Ernce*
      LYNN TRINKA ERNCE
      Assistant United States Attorney

24
25

Dated:  August 12, 2021

CENTER FOR BIOLOGICAL DIVERSITY,
DEFENDERS OF WILDLIFE and
LOS PADRES FORESTWATCH

26
27
28

By:   */s/ John T. Buse (as authorized 8/12/2021)*
      JOHN T. BUSE
      LISA BELENKY
      Attorneys for Plaintiffs

1

<u>**ORDER**</u>

2

**IT IS SO ORDERED.**

3

Dated: August 16, 2021

4

5

Troy L. Nunley
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28