PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2720
Facsimile:      (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER EBERLIEN, Pacific Southwest Regional Forester; CHRIS STUBBS, Forest Supervisor, Los Padres National Forest; RANDY MOORE, Chief, USDA Forest Service; and USDA Forest Service,<br><br>Defendants. | Case No. 2:07-cv-00770 TLN KJN<br><br>**ELEVENTH JOINT STATUS REPORT** |

In its February 27, 2023 minute order (ECF 59), in response to the tenth joint status report, the Court granted the parties' request to continue the stay for 90 days, through May 26, 2023, to allow them parties to discuss possible resolution of this action.  The parties have been discussing the matter, but have not yet reached a resolution.  So that they can continue talking, the parties jointly request a further 60-day continuance of the stay, through July 26, 2023.  Prior to the expiration of this stay, the parties will submit a further status report to the Court.

ELEVENTH JOINT STATUS REPORT

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: May 25, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|  | By: */s/ Lynn Trinka Ernce*<br>LYNN TRINKA ERNCE<br>Assistant United States Attorney |
| Dated: May 25, 2023 | CENTER FOR BIOLOGICAL DIVERSITY,<br>DEFENDERS OF WILDLIFE and<br>LOS PADRES FORESTWATCH |
|  | By: /s/ John T. Buse (as authorized 5/25/2023)<br>JOHN T. BUSE<br>LISA BELENKY<br>Attorneys for Plaintiffs |