PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:   (916) 554-2720
Facsimile:    (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and LOS PADRES FORESTWATCH,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER EBERLIEN, Pacific Southwest Regional Forester; CHRIS STUBBS, Forest Supervisor, Los Padres National Forest; RANDY MOORE, Chief, USDA Forest Service; and USDA Forest Service,<br><br>Defendants. | Case No. 2:07-cv-00770 TLN KJN<br><br>**THIRTEENTH JOINT STATUS REPORT** |

In its July 19, 2023 minute order (ECF 62), the Court granted the parties' request to continue the stay for 90 days through September 29, 2023, to allow them to discuss possible resolution of this action. Their discussions are ongoing, the parties believe that they are working in good faith towards a resolution, and plaintiffs' counsel currently are discussing a resolution proposal with their clients. To allow the parties to continue discussing the matter, they jointly request a further continuance of the stay, through November 29, 2023.

///

///

THIRTEENTH JOINT STATUS REPORT

1

1 | Prior to the expiration of this stay, the parties will submit a further status report to the Court.

Respectfully Submitted,

Dated:  September 29, 2023	PHILLIP A. TALBERT
	United States Attorney

	By:  */s/ Lynn Trinka Ernce*
	      LYNN TRINKA ERNCE
	      Assistant United States Attorney


Dated:  September 29, 2023	CENTER FOR BIOLOGICAL DIVERSITY,
	DEFENDERS OF WILDLIFE and
	LOS PADRES FORESTWATCH

	By:  /s/ John T. Buse (as authorized 9/29/2023)
	      JOHN T. BUSE
	      LISA BELENKY
	      Attorneys for Plaintiffs

THIRTEENTH JOINT STATUS REPORT

2